### JOHN AGNEW COMPANY

*v.*

### BOARD OF EDUCATION OF THE CITY OF PATERSON.

[Submitted March 23d, 1914.    Decided June 15th, 1914.]

On appeal of Martin S. Paine from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported *ante p. 49*.

*Mr. Noah A. Stancliffe* (of the New York bar) (*Mr. William F. Delaney* and *Mr. Arthur M. Woodford* on the brief), for the appellant.

*Mr. Edward Ward McMahon* (of the New York bar) (*Mr. Charles Thaddeus Terry* (of the New York bar), *Mr. David F. Edwards* and *Mr. Frank H. Hall* on the brief), for the respondent Frank Miller Lumber Company.

*Mr. William I. Lewis*, for the respondent Joseph Sharpe Construction Company.

*Mr. William B. Gourley*, for the respondent John Agnew Company.

*Mr. John J. Fallon*, for the First National Bank of the Town of Union.

*Mr. William S. Delaney*, for Martin S. Paine.

*Mr. William B. Gourley*, for the John Agnew Company.

*Mr. David F. Edwards*, for Frank Miller, trading as Frank Miller Lumber Company.

*Mr. William I. Lewis,* for the Joseph Sharpe Construction Company.

PER CURIAM.

The decree is affirmed, for the reasons stated by Vice-Chancellor Stevenson.

*For affirmance*—SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—10.

*For reversal*—None.